# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DAVENDER SINGH, ET AL.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:19-cv-557-SDJ-KPJ** |
| | § | |
| **CELLCO PARTNERSHIP, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 25, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. 11) that the parties be referred to binding arbitration, as agreed to by the parties in the Motion to Stay Litigation and Refer Matter to Arbitration (the "Motion") (Dkt. 11), and claims between the parties be stayed for ninety (90) days pending the outcome of the arbitration.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, the Motion (Dkt. 8) is **GRANTED**.

The parties are, therefore, referred to binding arbitration and claims are stayed for ninety (90) days pending the outcome of the arbitration.

The parties are required to submit a joint status report to the Court regarding the status of this matter by **October 30, 2020**, or upon completion of the agreed arbitration, whichever is sooner.

**So ORDERED and SIGNED this 12th day of August, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE